Appanoose County v. Walker.

---

APPANOOSE COUNTY v. WALKER *et al*.

PRACTICE. Rulings of the court below to which no exceptions were taken, will not be passed upon by the Supreme Court.

*Appeal from Appanoose District Court.*

FRIDAY, JULY 12.

MORTGAGE foreclosure, tried by the second method. Judgment for plaintiff, and defendants appeal.

*Withrow & Wright* and *Miller & Fee* for the appellants.

*John R. Barcroft* for the appellee.

COLE, J.— There was no exception taken to the rulings PRACTICE. of the District Court in this case. The interesting questions discussed by counsel are not, therefore, properly made, so as to authorize us to determine them. Rev. §§ 3106, 3107 and 3111; *Phipps* v. *Penn* (at present term). There remains nothing for us to do, but to order that the judgment of the District Court stand .

Affirmed.